JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 -- In re Integrated Resources Real Estate Limited Partnerships
Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/06/05 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- filed by defts. Fivzar Associates, Sevzar Associates, Southern Inns Associates Limited Partnership, EVP Second Corp., Selig A. Zises, Jay H. Zises, Arthur H. Goldberg, Richard H. Ader, Jay D. Chazanoff, EVP Fourth Corporation, Alan H. Wiener, William E. Weiland, Richard A. Oppenheim, Research Triangle Associates Limited Partnership, RTA Associates, Tripark Corp., James R. Greene, Clovine Associates Limited Partnership, Kanzar Associates, Newzar Associates, Mid-Atlantic Residential Investors Limited Partnership, Mitcor Associates Limited Partnership, Mitcor Corp., Philip H. Cohen, 600 Grant Street Associates Limited Partnership, DCGP Associates Limited Partnership, Conzar Associates and Odin Management Co., L.P., for transfer of actions -- w/affidavit of Steven M. Pesner and exhibits A thru O and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT:  Southern District of New York -- SUGGESTED TRANSFEREE JUDGE:  ?  (ds) |
| 91/06/13 | 2 | SUBSEQUENT INFORMATION w/copy of dismissal -- filed by moving defendants (listed in pldg. #1) w/svc. (ds) |
| 91/06/17 | | APPEARANCES -- STEVEN M. PESNER, ESQ. for Fivzar Assoc., Sevzar Assoc., Southern Inns Assoc. Ltd. Partnership, EVP Second Corp., Selig A. Zises, Jay H. Ziles, Arthur H. Goldberg, Richard a. Ader, Jay D. Chazanoff, EVP Fourth Corp. Alan H. Weiland, Richard A. Oppenheim, Research Triangle Assoc. Ltd. Partnership, RTA Assoc., Tripark Corp., James R. Greene, Clovine Assoc. Ltd. Partnership, Kanzar Assoc., Newzar Assoc. Mid-Atlantic Residential Investors Ltd. Partnership, Mitcor Assoc. Ltd. Partnership, Mitcor Corp., Philip H. Cohen, 600 Grant Street Assoc. Ltd. Partnership, DCGP Assoc. Ltd. Partnership, Conzar Assoc. and Odin Management Co., L.P.; PETER A. BICKS, ESQ. for First Nationwide Bank; M. NORMAN GOLDBERGER, ESQ. for The Korman Co., The Korman Management Co., Steven H. Korman, Berton E. Korman and Leonard I. Korman; MICHAEL E. MAUNDRELL, ESQ. for Landauer Assoc., Inc.; MATTHEW J. SIEMBIEDA, ESQ. for Mellon Bank, N.A., DEAN J. KITCHENS, ESQ.for Kidder, Peabody & co.; KURT A. FRANKE, ESQ. for Prudential-Bache Securities, Inc.; JONATHAN HERMAN, ESQ. for Integrated Resources, Equity Corp., BPSC Corp., Gaincred II Corp., Gaincred III Corp., NCNB National Bank, Bartmil, Inc., Grant Property Corp., Sivram Corp., IR Residential Realty Corp. and Resources Housing Corp.; ROBERT A. PITCAIRN, ESQ. for Somnat Corp.; HERBERT BEIGEL, ESQ. for Sheldon Rabin, etc., Irwin & Rhoda Gorman, et al., Jules Martin, et al., Jack D. Coleman, et al., Donald Baird, et al., Greene's Ready Mixed Concrete Co., et al., James F. Byrne, etc., James E. Standefer, et al., Terry J. Coniglio, et al. and Jimmie G. Reagon, et al.; MARTIN MUSHKIN, ESQ. for Seong Koo Cho, M.D., et al.   (ds) |

Case MDL No. 897 Document 68 Filed 06/16/15 Page 2 of 30



DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/06/17 | 3 | REQUEST FOR EXTENTION OF TIME TO FILE RESPONSE -- filed by deft. Kidder, Peabody & Co. -- EXTENTION OF TIME GRANTED TO AND INCLUDING JULY 2, 1991 TO FILED RESPONSE -- Notified involved counsel (ds) |
| 91/06/18 | | APPEARANCES -- TIMOTHY J. HARRIS, ESQ. for The Weitzman Group, Inc.; KENNETH A. LAPATINE, ESQ. for IR West Palm Credit Corp; Fillmore Pacific Associates Limited Partnership; IR Golden Gate, Inc.; IR Pacific Residential; Kes Narbutas (sg) |
| 91/06/19 | 4 | NOTICE OF RELATED ACTIONS -- filed by defts. IR West Palm, Credit Corp., Fillmore Pacific Associates Limited Partnership, IR Golden Gate, Inc., IR Pacific Residential and Kes Narbutas (F.A. White, Jr., et al. v. Hunter Publishing Limited Partnership, et al., S.D.N.Y., C.A. No. 91-Civ.2232 (LLS); Enviro Corporation f/k/a Electron Microscopy Service Laboratories, Inc. v. Fillmore Pacific Associates Limited Partnership, et al., S.D.N.Y., C.A. No. 91-Civ.1625 (SWK); and Harold Crouthamel, et al. v. Cecil Associates Limited Partnership, et al., N.D. Ga., C.A. No. 91-CV-1172(MHS)) (ds) |
| 91/06/24 | 5 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE (to pldg. #1) -- filed by defts. Integrated Resources Equity Corp., Resources Funding Corp., IR West Palm Credit Corp., Fillmore Pacific Associates Limited Partnership, IR Golden Gate, Inc., Somnat Corporation and Frederick J. Spagnola w/svc. -- EXTENSION OF TIME FOR RESPONSE GRANTED to and including July 2, 1991 -- Notified involved counsel (ds) |
| 91/06/24 | | APPEARANCE -- EDWARD BRODSKY, ESQ. for Nancy Frankel (ds) |
| 91/06/25 | 6 | RESPONSE (to pldg. #1) -- filed by pltfs. Sheldon Rabin, etc., Irwin & Rhoda Gorman, et al., Jules Martin, et al., Jack D. Coleman, etal., Donald Baird, et al., Greene's Ready Mixed Concrete Co., et al., James F. Byrne, etc., James E. Standefer, et al., Terry J. Coniglio, et al. and Jimmie G. Reagon, et al. w/cert. of svc. (ds). |
| 91/06/25 | 7 | RESPONSE (to pldg. #1) -- filed by deft. Manufacturers Hanover Trust Co. w/exhibit A (copy of dismissal) and cert. of svc. (ds) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **897** -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 91/06/25 | 8 | LETTER RESPONSE (to pldg. #1) -- filed by deft. Mellon Bank, N.A. w/svc. (ds) |
| 91/06/25 | 9 | LETTER RESPONSE (to pldg. #1) -- filed by defts. The Korman Co., The Korman Management Co., Berton E. Korman, Leonard I. Korman and Stevenn H. Korman w/cert. of svc. (ds) |
| 91/06/25 | 10 | RESPONSE (to pldg. #1) -- filed by deft. Bach & Associates, Inc. w/cert. of svc. (ds) |
| 91/06/27 | 11 | AMDENDMENT TO MOTION -- amending motion to include additional action for transfer (**Harold Crouthamel, et al. v. Cecil Associates Limited Partnerships, et al., C.A. No. 91-CV-1172 (MHS)**) -- filed by moving defendants w/svc. -- Notified involved counsel (ds) |
| 91/07/01 | 12 | SUBSEQUENT INFORMATION -- (re:  pldg. #2) -- filed by pltfs. Sheldon Rabin, etc.; Irwin Rhoda Gorman, et al.; Jules Martin, et al.; Jack D. Coleman, et al.; Donald Baird, et al.; Green's Ready Mixed Concrete Co., et al.; James F. Byrne, etc. and James E. Standefer, et al. w/svc. (ds) |
| 91/07/02 | 13 | RESPONSE -- (to pldg. #1) Kidder, Peabody & Co., Inc. -- w/**Exhibits A-B** and cert. of svc. (rh) |
| 91/07/02 | 14 | RESPONSE -- (to pldg. #1) Federick J. Spagnola; Somnat Corp.; Intergrated Resources, Equity Corp.; IR West Palm Credit Corp.; Fillmore Pacific Associates Limited Partnership; IR Golden Gate, Inc. and IR Pacific Residential -- w/**Exhibits A-E** and cert. of svc. (rh) |
| 91/07/02 | 15 | RESPONSE -- (to pldg. #1) Seong Koo Cho, M.D., et al. -- w/cert. of svc. (rh) |
| 91/07/09 | 16 | RESPONSE (to pldg. #11) -- defts. Integrated Resources Equity Corp., Bartmil Inc., and CI Management -- w/cert. of service (cdm) |
| 91/07/11 | | APPEARANCE:  CHRISTOPHER M. MASON, ESQ. for Manufactures Hanover Trust Company (rh) |
| 91/07/11 | 17 | SUPPLEMENTAL RESPONSE -- (to pldg. #7) Manufacturers Hanover Trust Company -- w/**Exhibit A** and cert. of svc. (rh) |

B.4

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 91/07/15 | 18 | LETTER -- (re: Information on A-2) Signed by Steven M. Pesner counsel for Fivzar Assoc., Sevzar Assoc., Southern Inns Assoc. Ltd. Partnership, EVP Second Corp., Selig A. Zises, Jay H. Ziles, Arthur H. Goldberg, Richard a. Ader, Jay D. Chazanoff, EVP Fourth Corp. Alan H. Weiland, Richard A. Oppenheim, Research Triangle Assoc. Ltd. Partnership, RTA Assoc., Tripark Corp., James R. Greene, Clovine Assoc. Ltd. Partnership, Kanzar Assoc., Newzar Assoc. Mid-Atlantic Residential Investors Ltd. Partnership, Mitcor Assoc. Ltd. Partnership, Mitcor Corp., Philip H. Cohen, 600 Grant Street Assoc. Ltd. Partnership, DCGP Assoc. Ltd. Partnership, Conzar Assoc. and Odin Management Co., L.P. -- w/cert. of svc. (rh) |
| 91/07/16 | 19 | LETTER -- (regarding dismissal of A-12) Signed by Steven M. Pesner counsel for Fivzar Assoc., Sevzar Assoc., Southern Inns Assoc. Ltd. Partnership, EVP Second Corp., Selig A. Zises, Jay H. Ziles, Arthur H. Goldberg, Richard a. Ader, Jay D. Chazanoff, EVP Fourth Corp. Alan H. Weiland, Richard A. Oppenheim, Research Triangle Assoc. Ltd. Partnership, RTA Assoc., Tripark Corp., James R. Greene, Clovine Assoc. Ltd. Partnership, Kanzar Assoc., Newzar Assoc. Mid-Atlantic Residential Investors Ltd. Partnership, Mitcor Assoc. Ltd. Partnership, Mitcor Corp., Philip H. Cohen, 600 Grant Street Assoc. Ltd. Partnership, DCGP Assoc. Ltd. Partnership, Conzar Assoc. and Odin Management Co., L.P. -- w/copy of order and cert. of svc. (rh) |
| 91/07/18 | 20 | LETTER -- (regarding transfer of A-11 to S.D. New York) -- signed by Steven M. Pesner counsel for (See pldg. #19) -- w/copy of order and cert. of svc. (rh) |
| 91/07/23 | 21 | REPLY -- Filed by moving parties (See pldg. #19) -- w/cert. of svc. (rh) |
| 91/07/24 | | APPEARANCE -- DAVID F. BROWN, ESQ. for Bach Thoreen & Associates (rh) |
| 91/08/15 | | HEARING ORDER -- setting motion of some of the defts. for transfer for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |
| 91/09/25 | 22 | SUPPLEMENTAL RESPONSE -- defts. IR West Palm Credit Corp., Fillmore Pacific Associates Ltd. Partnership, IR Golden Gate, Inc., IR Pacific Residential and Kes Narbutas w/request to set pldg. #11 for hearing on 9/27/91 in Colorado Springs, Colo. w/cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 -- _____

| Date | Pl. | Pleading Description |
|------|-----|----------------------|
| 91/09/27 | | HEARING APPEARANCES -- (**For hearing on 9/27/91 in Colorado Springs, Colorado**) STEVEN M. PESNER, ESQ. for The moving defendants (Fivar Associates and 23 other defendants in various actions); KENNETH A. LAPATINE, ESQ. for Ingegrated Resources Equity Corp.; Resources Funding Corp.; IR West Palm Credit Corp.; Fillmore Pacific Associates Limited Partnership, IR Golden Gate, Inc.; Somnat Corp.; Frederick J. Spagnola; IR Publishing Credit Corp.; IR Publishing Limited Partnership; Bartmil, Inc. and CI Management Corp.; JONATHAN M. HERMAN, ESQ. for Integrated Resources Equity Corp.; BPSC Corp.; Gaincred II Corp. and Gaincred III Corp.; NCNB National Bank of North Carolina; Resources Housing Corporation; IR Residential Realty Corp.; Bartmil, Inc.; Grant Property Corp. and Sivram Corp.; HERBERT BEIGEL, ESQ. for Sheldon Rabin; Irwin Rhoda Gorman, et al.; Jules Martin, et al.; Jack D. Coleman, et al.; Donald Baird, et al.; Greene's Ready Mixed Concrete Co.; James F. Byrne, et al.; James E. Standefer, et al.; Terry J. Coniglio, et al. and Jimmie G. Reagan, et al.; MARTIN MUSHKIN, ESQ. for Seong Koo Cho, et al.; DAVID F. BROWN, ESQ. for Bach & Associates, Inc.; CHRISTOPHER M. MASON, ESQ. for Manufactures Hanover Trust Co. and GREGORY J. KERWIN, ESQ. for Kidder, Peabody & Co., Inc. (rh) |
| 91/09/27 | | WAIVERS OF ORAL ARGUMENT -- (**For hearing on 9/27/91 in Colorado Springs, Colorado**) First Nationwide Bank and Nancy Frankel (rh) |
| 91/10/10 | | CONSENT OF TRANSFEREE JUDGE -- consenting to the assignment of litigation to the Honorable Robert W. Sweet (ds) |
| 91/10/10 | | TRANSFER ORDER -- transferring A-7, A-8 & A-9 to the S.D. New York for pretrial proceedings -- notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 92/02/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (A-15) Kinley Corporation, et al. v. Integrated Resources Equity Corp., et al., N.D. Texas, C.A. No. 3-91CV2793-D -- Notified involved counsel and judges (kac) |
| 92/02/12 | 23 | NOTICE OF RELATED ACTION AND REQUEST FOR CONDITIONAL TRANSFER ORDER -- filed by pltfs. Harold Crouthamel, et al. (Harold Crouthamel, et al. v. Cecil Associates Limited Partnership, et al., S.D. New York, C.A. No. 1:91-CV-1172-MHS) (bas) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 92/02/20 | 24 | NOTICE OF RELATED ACTION AND REQUEST FOR CONDITIONAL TRANSFER ORDER -- filed by pltfs. Terry J. Coniglio, et al. (A-10 Terry J. Coniglio, et al. v. Mid-Atlantic Residential Investors Limited Partnership, et al., S.D. New York, C.A. No. 91-1782 JMI (Sx)) (bas) |
| 92/02/21 | 25 | NOTICE OF OPPOSITION -- filed by pltf. Kinley Corporation (A-15, Kinley Corporation, et al. v. Integrated Resources Equity Corp., et al., N.D. Texas, C.A. No. 3-91CV2793-D) -- w/proof of svc. (bas) |
| 92/03/09 | 26 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by plft. in A-15 Kinley Corp., et al. v. Integrated Resources Equity Corp., et al., N.D. Texas, C.A. No. 3-91-CV-2793-D |
| 92/03/30 | 27 | RESPONSE, AFFIDAVIT OF STEPHEN R. SIMMS, AFFIDAVIT OF MARK QUINN AND AFFIDAVIT OF STEVEN COOPER -- (to pldg. #26) Filed Defts. 342 Madison Avenue Associates Limited Partnership and Mid-Atlantic Residential Investors Limited Partnership -- w/Exhibits A-G and cert. of svc. (rh) |
| 92/03/31 | 28 | AFFIDAVIT OF MIKELLE A. CALHOUN (RESPONSE TO PLDG. #26) -- Filed by Deft. Royal Alliance Associates, Inc. -- w/cert. of svc. (rh) |
| 92/04/02 | | AMENDED CERT. OF SVC. (re: pldg. #28) -- filed by defts. Royal Alliance Associates, Inc. and Resources Trust Company (ds) |
| 92/04/06 | 29 | REPLY/BRIEF -- filed by Kinley Corp. Profit Sharing Plan, et al. w/cert. of svc. (ds) |
| 92/04/15 | | HEARING ORDER -- Setting opposition of pltfs. in A-15 Kinley Corp., et al. to transfer for Panel Hearing in Santa Fe, New Mexico on May 29, 1992 -- Notified involved counsel, judges and clerks (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **897**--

| Date | Pleading Description |
|------|---------------------|
| 92/05/26 | HEARING APPEARANCES (for Panel Hearing on May 29, 1992, in Santa Fe, New Mexico) -- DEAN CARLTON, ESQ. for Kinley Corp., et al.; STEVEN M. PESNER, ESQ. for 342 Madison Avenue Associates, Ltd. Partnership and Mid-Atlantic Residential Investors Ltd. Partnership; "Anderson Kill" defendants; JONATHAN M. HERMAN, ESQ. for Integrated Resources Equity Corp.; Millennium Financial Services, Inc.; BPSC Corp.; Gaincred II Corp.; Gaincred III Corp.; Bartmil, Inc.; Grant Property Corp.; Sivram Corp.; IR Residential Realty Corp.; Resources Housing Corp.; and Ron Jacobs (bas) |
| 92/05/26 | WAIVERS OF ORAL ARGUMENT -- Satellite Equipment Trust "A" and Satellite Equipment Trust "B"; RAM Administration, Inc.; RAM Funding, Inc.; Integrated Resources Equity Corp.; Integrated Resources Marketing, Inc.; Integrated Resources Services, Inc.; Resources High Cash., Inc.; Occen Corp.; Oakmar Leasing Corp.; Rusec Corp.; Resources Property Development Corp.; Resources Property Improvement Corp.; Stemp Leasing Corp.; Silvad Leasing Corp.; Barmark Leasing Corp.; Mervil Leasing Corp.; Elgun Leasing Corp.; Powveg Leasing Corp.; Resources Funding Corp.; IR Broadway Holding Co., Inc.; Erick Realty Corp.; IR Chicago Plaza, Inc.; Willowgate Development Co., Inc and Winter Lake Realty Corp.; First Nationwide Bank; Manufacturers Hanover Trust Co.; Sheldon Rabin; Irwin & Rhoda Gorman, et al.; Jules Martin, et al.; Jack D. Coleman, et al.; Donald Baird, et al.; Greene's Ready Mixed Concrete Co., et al.; James F. Byrne, et al.; James E. Standefer, et al.; Terry J. Coniglio, et al.; and Jimmie G. Reagan, et al.; Royal Alliance Associates, Inc. (bas) |
| 92/05/27 | APPEARANCE -- STEPHEN M. SACKS, ESQ. for Deloitte & Touche -- w/cert. of svc. (rh) |
| 92/06/03 | TRANSFER ORDER FILED TODAY -- (A-15) Kinley Corporation, et al. v. Integrated Resources Equity Corp., et al., N.D. Texas, C.A. No. 3-91CV-2793-D -- Notified involved clerks, judges and counsel (kac) |
| 92/06/12 | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-16 Industrial Indemnity Company v. Richard A. Patterson v. First Oklahoma Tower, Ltd., et al., E.D. Virginia, C.A. No. 92-412-A -- Notified involved counsel and judges (rh) |

JPML FORM 1A                                                    *p. 8*

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. *897*-- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/06/29 | 30 | NOTICE OF OPPOSITION TO CTO -- (B-16 Industrial Indemnity Company v. Richard A. Patterson v. First Oklahoma Tower, Ltd., et al., E.D. Va., C.A. No. 92-412-A) -- Filed by pltf. Industrial Indemnity Co.-- Notified involved counsel and judges (ds) |
| 92/07/16 | 31 | MOTION, BRIEF, DECLARATION OF LYNN C. HARTFIELD -- Filed by pltf./counter-deft. Industrial Indemnity Company in B-16 Industrial Indemnity Company v. Richard A. Patterson v. First Oklahoma Tower, Ltd., et al., Va.,E., C.A. No. 92-412-A -- w/Exhibits A-J and cert. of svc. (received on 7/15/92) (rh) |
| 92/08/05 | 32 | RESPONSE, MEMORANDUM, AFFIDAVIT OF STEVEN COOPER -- Filed by third-party Defts. Nozar Associates, Richard H. Ader, Benjamin D. Fein, Selig H. Zises, Jay H. Zises, Seymour Zises, Arthur H. Goldberg, Jay D. Chazanoff, Gary W. Krat, Daniel N. Davis, Joel Pashcow, Stephen Goldsmith, Philip H. Cohen, Craig Singer, James R. Greene, David Silvers, Alan Weiner, Marvin Goldklang, Herbert Leichtung, Integrated Resources Equity Corp. and Palace Property Development Corp. -- w/Exhibits A-G and cert. of svc. (rh) |
| 92/08/10 | 33 | RESPONSE -- (to pldg. #31) joining in pldg. #32 -- filed by deft. and Third Party pltf., Richard A. Patterson -- w/cert. of svc. (Notice of Deficiency on file) (kac) |
| 92/08/10 | 34 | REPLY/BRIEF -- (re: pldg. #32) filed by pltf. Industrial Imdemnity Company -- w/cert. of svc. (kac) |
| 92/08/13 | | AMENDED CERTIFICATE OF SERVICE -- (re: pldg. 33) -- filed by deft. and Third Party pltf. Richard A. Patterson (attached to pldg. 33) (rec'd and filed 08/12/92) (kac) |
| 92/08/14 | 35 | HEARING ORDER -- setting oppostion of pltf. Industrial Indemnity Co. to transfer for Panel hearing in Colorado Springs, Colorado, on September 25, 1992 -- Notified involved clerks, judges and counsel (ds) |
| 92/09/10 | | APPEARANCE -- MICHAEL D. HAWKINS, ESQ. for Research Triangle Associates Limited Partnership; RTA Associates; Tripark Corp.; and James R. Greene -- w/cert. of svc. (bas) |

JPML FORM 1A                                                           *p. 9*

### DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/09/22 | 36 | SUBSEQUENT INFORMATION -- filed by third-party defts. Nozar Associates, Richard H. Ader, Benjamin D. Fein, Selig A. Zises, Jay H. Zises, Seymour Zises, Arthur H. Goldberg, Jay D. Chazanoff, Gary W. Krat, Daniel N. Davis, Joel, Pashcow, Stephen Goldsmith, Philip H. Cohen, Craig Singer, James R. Greene, David Silvers, Alan Weiner, Marvin Goldklang and Herbert Leichtung (re: Industrial Indemnity Co. v. Richard A. Patterson, E.D. Va., C.A. No. 92-412-A) -- w/svc. list (bas) |
| 92/09/24 | | HEARING APPEARANCES -- (For hearing on 9/25/92 in Colorado Springs, Colorado) DAVID J. BROWN, ESQ. for Industrial Indemnity Co.; LEIGH LASKY, ESQ. for Richard A. Patterson; KENNETH A. LAPATINE, ESQ. for Integrated Resources Equity Corp. & Palace Property Development Corp.; STEVEN M. PESNER, ESQ. for Certain 3rd-party defts. & other parties in transferee district (lg) |
| 92/09/24 | | WAIVERS OF ORAL ARGUMENT -- (For hearing on 9/25/92 in Colorado Springs, Colorado) Prudential Securities, Inc.; Cablevision of Baton Rouge, Ltd.; Deloitte & Touche; Kidder Peabody & Co.; The Select Group, f/k/a Planning Ahead & Jack A. Sorcis; Mellon Bank; Royal Alliance Associates; First Nationwide Bank; Chemical Bank (lg) |
| 92/09/24 | 37 | LETTER WITHDRAWING OPPOSITION -- filed by deft./third-party pltf. Richard A. Patterson (re: pldg. #30) in **(C-16)** Industrial Indemnity Co. v. Richard A. Patterson, E.D. Va., C.A. No. 92-412-A -- w/svc. list (bas) |
| 92/09/25 | 38 | LETTER WITHDRAWING OPPOSITION -- filed by pltf./counter-deft. Industrial Indemnity Co. (re: pldg. #31) in **(C-16)** Industrial Indemnity Co. v. Richard Patterson, E.D. Va., C.A. No. 92-412-A -- w/copy of Order dated 9/11/92 and signed by Judge T.S. Ellis, III -- and cert. of svc. (bas) |
| ~~92/10/08~~ | | ~~ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- (re: pldg. #38) C-16 Industrial Indemnity Co. v. Richard A. Patterson, E.D. Va., C.A. No. 92-412-A -- Notified involved counsel, judges and clerks (bas)~~ |
| 92/10/08 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (re: pldg. #38) **C-16** Industrial Indemnity Co. v. Richard A. Patterson, E.D. Va., C.A. No. 92-412-A -- Notified involved counsel, judges and clerks (bas) |

*p.10*

DOCKET ENTRIES

*897*

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DESCRIPTION OF LITIGATION

| | |
|---|---|
| 92/10/29 | CONDITIONAL TRANSFER ORDER FILED TODAY -- (A-10) Terry J. Coniglio, et al v. Mid-Atlantic Residential Investors Partnerships, et al., C.D. California, C.A. No. 2:91-CV-1782 - Notified involved counsel and judges (dld) |
| 92/11/17 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- **(A-10)** Terry J. Coniglio, et al. v. Mid-Atlantic Residential Investors Limited Partnership, et al., C.D. Calif., No. 2:91-CV-1782 - Notified involved judges and clerks (lg) |
| 92/12/04 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- **(A-12)** Harold Crouthamel, et al. v. Cecil Associates Limited Partnership, et al., N.D. Georgia, C.A. No. 1:91-1172; **(B-17)** John F. Schultheiss v. Nozar Associates, et al., S.D. Texas, C.A. No. 6:92-CV-48 -- Notified involved counsel and judges (bas) |
| 92/12/22 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- **(A-12)** Harold Crouthamel, et al. v. Cecil Associates Ltd. Partnership, et al., N.D. Georgia, 1:91-1172; **(B-17)** John F. Schultheiss v. Nozar Associates, et al., S.D. Texas, 6:92-48 - Notified involved judges & clerks (lg) |

NOW IN CMIS

JPML Form 1

Revised: 8/78

DOCKET NO. __897__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE INTEGRATED RESOURCES REAL ESTATE LIMIITED PARTNERSHIPS SECURITIES LITIGATION__

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 27, 1991 <br> May 29, 1992 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 10, 1991 | TO | Unpublished | S.D. New York | Robert W. Sweet | |
| | June 3, 1992 | TO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 897 -- In re Integrated Resources Real Estate Limited Partnerships Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sheldon Rabin, etc. v. Fivzar Associates, et al. | N.Y.,S. Sweet | 90-Civ-4869 | | | 1-14-92D | |
| A-2 | Irwin & Rhonda Gorman, et al. v. Sevzar Associates, et al. | N.Y.,S. Conner | 90-Civ-6769 | | | | |
| A-3 | Jules Martin, et al. v. EVP Second Corp., et al. | N.Y.,S. Stanton | 90-Civ-7074 | | | | |
| A-4 | Jack D. Coleman, et al. v. EVP Fourth Corporation, et al. | N.Y.,S. Leval | 91-Civ-0678 | | | | |
| A-5 | Donald Baird, et al. v. EVP Fourth Corporation, et al. | N.Y.,S. Leval | 91-Civ-1063 | | | | |
| A-6 | Greene's Ready Mixed Concrete Co., et al. v. Fillmore Pacific Associates Limited Partnership, et al. | N.Y.,S. Kram | ~~91-Civ-1625~~ 91 Civ 0978 | | | | |
| A-7 | James F. Byrne, etc. v. Research Triangle Associates Limited Partnership, et al. | Ariz. | 91-0040 PHXRCB | 10/10/91 | | | |
| A-8 | Seong Koo Cho, M.D., et al. v. Clovine Associates Limited Partnership, et al. | Ohio,S. Rubin | C-1-91-174 | 10/10/91 | | | |

JBML FORM 1 -- Continuation

Listing of Involved Actions -- p. 2

DOCKET NO. 897 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | James E. Standefer, et al. v. Clovine Associates Limited Partnership, et al. | Ohio,S. Rubin | C-1-91-235 | 10/10/91 | ... | | |
| *A-10 | Terry J. Coniglio, et al. v. Mid-Atlantic Residential Investors Limited Partnership, et al.   CTO 10/29/92 | Cal.,C. Ideman | 2:91-CV-1782 | 11-17-92 | 92-8706 | 12/1/91 | |
| A-11 | Jimmie G. Reagon, et al. v. 600 Grant Street Associates Limited Partnership, et al. | ~~Cal.,C.~~ NY,S ~~Ideman~~ Sweet | ~~91-CV-2004-JMI(Tx)~~ unassigned · 91 CV 5498 | | | REINSTATED ~~#41#~~ | +TR'D TO S.NY -7/1/91 |
| *A-12 | Harold Crouthamel, et al. v. Cecil Associates Limited Partnership, et al.   12-4-92 | Ga.,N. Shoob | 1:91-CV-1172-~~MHS~~ | 12-22-92 | ... | | Amended reopen. motion 9/30/92 filed 6/28/91 |
| XY 7A-13 | Enviro Corp., f/k/a Electron-Microscopy Service Laboratories, Inc. v. Fillmore Pacific Associates Limited Partnerships | N.Y.,S. Kram | 91 Civ 1625 | | | | |
| XY 7A-14 | F.A. White, Jr. v. Hunter Publishing, et al. | N.Y.,S | 91 Civ 2232 | | | | |
| A-15 | Kinley Corporation, et al. v. Integrated Resources Equity Corp., et al.   2/5/92   appeared 2/24/92 | Tex.,N. Fitzwater D | 3-91CV2793-D | 6/3/92 | | | |

*Motions in district courts to reinstate claims -- companion MDL motions filed -- pldgs. ##23 & 24

July 1992 9xyz / 7 Tr / 12 Pending

DOCKET NO. 897 -- In re Integrated Resources Real Estate Limited Partnerships Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-16 | Industrial Indemnity Company v. Richard A. Patterson v. First Oklahoma Tower, Ltd., et al. 6-18-92  CFTCS&C 6/29/92 | Va.,E. Cacheris | 92-412-A | | | | Vacated 10/8/92 |
| B-17 | John F. Schultheiss v. Nozar Associates et al.   12-4-92 | Tx.,S. Rainey | 6:92-CV-48 | 12-22-92 | | |

2 transferred / 10 dismissed / 16 pend
3 reinstated

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 -- In re Integrated Resources Real Estate Limited
Partnerships Securities Litigtation

==================================================

FIVZAR ASSOCIATES
SEVZAR ASSOCIATES
SOUTHERN INNS ASSOCIATION
  LIMITED PARTNERSHIP
EVP SECOND CORP.
SELIG A. ZISES
JAY H. ZISES
ARTHUR H. GOLDBERG
RICHARD A. ADER
JAY D. CHAZANOFF
EVP FOURTH CORP.
ALAN H. WEILAND
RICHARD A. OPPENHEIM
CLOVINE ASSOCIATES LIMITED
  PARTNERSHIP
KANZAR ASSOCIATES
NEWZAR ASSOCIATES
MID-ATLANTIC RESIDENTIAL
  INVESTORS LIMITED PARTNERSHIP
MITCOR ASSOCIATES LIMITED
  PARTNERSHIP
MITCOR CORP.
PHILIP H. COHEN
600 GRANT STREET ASSOCIATES
  LIMITED PARTNERSHIP
DCGP ASSOCIATES LIMITED
  PARTNERSHIP
CONZAR ASSOCIATES
ODIN MANAGEMENT CO., L.P.
Steven Cooper, Esq.
Anderson, Kill, Olick
  & Oshinsky, P.C.
666 Third Avenue
New York, NY  10017

RESEARCH TRIANGLE ASSOCIATES
  LIMITED PARTNERSHIP
RTA ASSOCIATES
TRIPARK CORP.
JAMES R. GREENE
Michael D. Hawkins, Esq.
Daughton, Hawkins, Brockelman & Guinan
Two Renaissance Square
40 North Central Avenue
Suite 2500
Phoenix, Arizona  85004

FIRST NATIONWIDE BANK
Peter A. Bicks, Esq.
Donovan, Leisure, Newton & Irvine
30 Rockefeller Plaza
New York, NY  10112

THE KORMAN CO.
THE KORMAN MANAGEMENT CO.
STEVEN H. KORMAN
BERTON E. KORMAN
LEONARD I. KORMAN
Joseph C. Crawford, Esq.
Wolf, Block, Schorr & Solis-Cohen
Packard Building, Twelfth Floor
Philadelphia, PA  19102

LANDAUER ASSOCIATES, INC.
Michael E. Maundrell, Esq.
Rendigs, Fry, Kiely & Dennis
900 Central Trust Tower
Cincinnati, OH  45202

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 897 -- In re Integrated Resources Real Estate Limited
Partnerships Securites Litigation

================================================

MELLON BANK, N.A.
Matthew J. Siembieda, Esq.
Blank, Rome, Comisky & McCauley
1200 Four Penn Center Plaza
Philadelphia, PA  19103

KIDDER, PEABODY & CO.
Carroll Neesemann, Esq.
Morrison & Foerster
1290 Avenue of the Americas
New York, NY  10104-0012

PRUDENTIAL-BACHE SECURITIES, INC.
Kurt A. Franke, Esq.
Keesal, Young & Logan
310 Golden Shore - Catalina Landing
Post Office Box 1730
Long Beach, CA  90801-1730

INTEGRATED RESOURCES EQUITY
   CORP.
MILLENIUM FINANCIAL SERVICES, INC.
Jonathan M. Herman, Esq.
Townley & Updike
405 Lexington Avenue
28th Floor
New York, NY  10174

BACH THOREEN & ASSOCIATES.
David F. Brown, Esq.
Liddell, Sapp, Zivley,
   Hill & Laboon
2200 Ross Ave., Suite 1400
Dallas, TX  75201

BPSC CORP.
GAINCRED II CORP.
GAINCRED III CORP.
NCNB NATIONAL BANK
BARTMIL, INC.
GRANT PROPERTY CORP.
SIVRAM CORP.
IR RESIDENTIAL REALTY CORP.
RESOURCES HOUSING CORP.
(Unable to determine counsel
   or address)

SOMNAT CORP.
Robert A. Pitcairn, Esq.
Katz, Teller, Brant & Hild
2400 Chemed Center
255 East 5th Street
Cincinnati, OH  45202-4794

IR WEST PALM CREDIT CORP.
FILLMORE PACIFIC ASSOCIATES
   LIMITED PARTNERSHIP
IR GOLDEN GATE, INC.
IR PACIFIC RESIDENTIAL
KES NARBUTAS
Kenneth A. Lapatine, Esq.   10/93-cvr.returned
Camhy, Karlinsky & Stein
~~220 Fifth Avenue~~   1740 BROADWAY -16TH FLOOR
New York, NY  10001   NY NY 10019-4315

NANCY FRANKEL
(No app. rec'd)
Edward Brodsky, Esq.
Proskauer, Rose, Goetz,
   & Mendelsohn
1585 Broadway
New York, NY  10036

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.3

DOCKET NO. 897 -- In re Integrated Resources Real Estate Limited
Partnerships Securites Litigation

=================================================

DELOITTE & TOUCHE
Stephen M. Sacks, Esq.
Arnold & Porter
1200 New Hampshire Ave., N.W.
Washington, D.C.  20036

DONALD H. TISHMAN
FILLMORE CENTER DEVELOPERS
HOUSING ASSOCIATES, INC.
FILLMORE CENTER ASSOCIATES
(No app. rec'd)
HAI Management, Inc.
c/o Fillmore Center Associates
1426 Filmore
San Francisco, CA  94115

MANUFACTURERS HANOVER TRUST
Christopher M. Mason, Esq.
Hunton & Williams
200 Park Ave.
New York, NY  10166

SHELDON RABIN, ETC. (A-1)
IRWIN & RHODA GORMAN, ET AL. (A-2)
JULES MARTIN, ET AL. (A-3)
JACK D. COLEMAN, ET AL. (A-4)
DONALD BAIRD, ET AL. (A-5)
GREENE'S READY MIXED CONCRETE
  CO., ET AL. (A-6)
JAMES F. BYRNE, ETC. (A-7)
JAMES E. STANDEFER, ET AL. (A-9)
TERRY J. CONIGLIO, ET AL. (A-10)
JIMMIE G. REAGON, ET AL. (A-11)
Herbert Beigel, Esq.
Beigel & Sandler, Ltd.
311 South Wacker Dr., 65th Floor
Chicago,IL  60606

KES NARBUTAS
IR SOUTHERN INNS CREDIT CORP.
FRANK A. SAVAGE
FREDERICK J. SPAGNOLA
LENOX TOWERS ASSOCIATES
  LIMITED PARTNERSHIP
IR LENOX TOWERS CREDIT CORP.
JOHN D. HIRSCHFELD
SAMUEL DAWIDOWICZ
ZAR CORP.
INTEGRATED FINANCIAL, INC.
(Unable to determine counsel or address
 for Defts. listed above)

KINLEY CORPORATION, ET AL. (A-15)
Dean Carlton, Esq.
The Carlton Firm
3109 Carlisle
P.O. Box 190427
Dallas, TX  75219-0427

ROYAL ALLIANCE ASSOCIATES, INC.
RESOURCES TRUST COMPANY
  (DEFTS. A-15)
Jeffrey E. Livingston, Esq.
430 Park Avenue
New York, NY  10022

SATELLITE EQUIPMENT TRUST "A"
SATELLITE EQUIPMENT TRUST "B"
  (DEFTS. A-15)
Carol Quackenbos, Esq.
Lord, Day & Lord, Barrett
  Smith
1675 Broadway
New York, NY  10019-5874

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.4

DOCKET NO. 897 -- In re Integrated Resources Real Estate Limited
Partnerships Securites Litigation

============================================

TERRY J. CONIGLIO, ET AL. (A-10)
Matthew A. Neco, Esq.
Law Offices of Matthew A. Neco
12424 Wilshire Boulevard
Suite 1450
Los Angeles, CA  90025

Herbert Beigel, Esq.
 (address listed previously)

SEONG KOO CHO, M.D., ET AL. (A-8)
Martin Mushkin, Esq.
Waite, Schneider, Bayless
 & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, Oh  45202

THE WEITZMAN GROUP, INC.
Timothy J. Harris, Esq.
Charlston, Revich & Williams
2049 Century Park East, Suite 4200
Los Angeles, CA  90067

CABLEVISION OF BATON ROUGE, LTD.
 (DEFT. A-15)
George A. (Trey) Nicoud, III, Esq.
Jones, Day, Revis & Pogue
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  76201

342 MADISON AVENUE ASSOCIATES
 LIMITED PARTNERSHIP (DEFT. A-15)
Steven M. Pesner, Esq.
Anderson, Kill, Olick & Oshinsky,
 P.C.
 (address listed previously)

THE SELECT GROUP F/K/A PLANNING
 AHEAD, INC.
JOHN A. (JACK) SORCIC (DEFTS. A-15)
Estil Vance, Jr., Esq.
Cantey & Hanger
2100 Burnett Plaza
801 Cherry Street
Fort Worth, TX  76102

INDUSTRIAL INDEMNITY CO. (B-16)
John L. Kim, Esq.
Green, Stewart & Farber, P.C.
Suite 1111
2600 Virginia Avenue, N.W.
Washington, DC  20037

David J. Brown, Esq.
Brobeck, Phleger & Harrison
Spear Street Tower
One Market Plaza
San Francisco, CA  94105

RICHARD A. PATTERSON (Deft. and
 Third-Party Pltf. in B-16)
Diane J. Kliegard, Esq.
Beigel & Sandler, Ltd.
(Firm previously listed)

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.5

DOCKET NO. 897 -- In re Integrated Resources Real Estate Limited
Partnerships Securites Litigation

======================================================

FIRST OKLAHOMA TOWER, LTD.
NOZAR ASSOCIATES
RICHARD H. ADER
BENJAMIN D. FEIN
GARY W. KRAT
SEYMOUR ZISES
DANIEL N. DAVIS
JOEL PASHCOW
STEPHEN GOLDSMITH
CRAIG SINGER
DAVID SILVERS
ALAN WEINER
MARVIN GOLDKLANG
HERBERT LEICHTUNG
 (Third-Party Defts. in B-16)
Steven Cooper, Esq.
(Already Listed on p.1)

CUSHMAN & WAKEFIELD OF
 PENNSYLVANIA, INC.
 Third-Party Deft. in B-16)
Cushman & Wakefield of Pennsylvania, Inc.
c/o Its Registered Agent CT Corporation
 System
1635 Market Street
Philadelphia, PA 19103

PALACE PROPERTY DEVELOPMENT CORP.
 (Third-Party Deft. in B-16)
Edward J. Murphy, Esq.
Bell & Murphy
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056

HAROLD CROUTHAMEL, ET AL. (A-12)
Steven Jay Gard, Esq.
Page & Bacek
3490 Piedmont Road, N.E.
900 One Securities Centre
Atlanta, GA 30305

Herbert Beigel, Esq.
Ronald A. Schy, Esq.
Robert D. Segal, Esq.
Beigel & Sandler, Ltd.
(address listed previously)

CECIL ASSOCIATES LIMITED, PARTNERSHIP
LANE II ASSOCIATES
BARTMIL, INC.
ZAR CORP.
LEONARD R. STEIN
ALLDAYS CORP.
INTEGRATED RESOURCES EQUITY CORP.
CI MANAGEMENT CORP.
DAYS INNS OF AMERICA, INC.
DAYS INN MANAGEMENT CO., INC.
LODGING UNLIMITED, INC. (Defts. A-12)
Todd Richard David, Esq.
Alston & Bird
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Steven M. Pesner, Esq.
Steven Cooper, Esq.
Anderson, Kill, Olick & Oshinsky, P.C.
(address listed previously)

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.6

DOCKET NO. 897 -- In re Integrated Resources Real Estate Limited
Partnerships Securites Litigation

=================================================

JOHN F. SCHULTHEISS (B-17)
Danny Jack Gumm, Esq.
Scott & Gumm, P.C.
407 N. Moody Street
Victoria, TX  77901

PALACE PROPERTY DEVELOPMENT CORP.
INTEGRATED RESOURCES EQUITY CORP.
  (DEFTS. B-17)
Edward J. Murphy, Esq.
Bell & Murphy
**(address previously listed)**

CHARLES E. PEHR
MARY LOU ERLAND
Roger B. Greenberg, Esq.
Richie & Greenberg
12 Greenway Plaza, 10th Floor
Houston, TX  77046

RAM FUNDING, INC.
RAM ADMINISTRATION, INC.
INTEGRATED RESOURCES MARKETING, INC.
INTEGRATED RESOURCES SERVICES, INC.
William B. Stanfill, Esq.
Bell & Murphy
**(address previously listed)**

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _897_ -- In re Intergrated Resources Real Estate Limited Partnerships
                         Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Fivzar Associates    , | A-1, A-2 |
| BPSC Corporation | A-1 |
| Integrated Resources Equity Corporation | A-1 thru A-9, A-11, A-15, B-16, B-17, A-12 |
| First Nationwide Bank | A-1 |
| Gaincred II Corp. | A-1 |
| Gaincred III Corp. | A-1 |
| Bach & Associates, Inc. | A-1 |
| Southern Inns Associates Limited Partnership | A-2 |
| IR Southern Inns Credit Corp. | A-2 |
| EVP Second Corp. | A-3 |
| Selig A. Zises | A-3 thru A-5, B-16, B-17, |

p. _2_

| | |
|---|---|
| Jay H. Zises | A-4, A-5, B-16, C |
| Arthur H. Goldberg | A-4, A-5, B-16, B-17, |
| Richard A. Ader | A-4 thru A-6, B-17, |
| Jay D. Chazanoff | A-4, A-5, B-16, B-17, |
| Frank A. Savage | A-4 |
| Nancy Frankel | A-4 |
| Frederick J. Spagnola | A-4 |
| Lenox Towers Associates Lmiited Partnership | A-4 |
| IR Lenox Towers Credit Corp. | A-4 |
| EVP Fourth Corporation | A-4, A-5 |
| Alan H. Wiener | A-4 thru A-6, B-16, B-17 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Fillmore Center Associates | A-6 |
| Kes Narbutas | A-4 thru A-6 |
| John D., Hirschfeld | A-4, A-5 |
| Richard A. Oppenheim | A-4, A-5 |
| William E. Weiland | A-4, A-5 |
| Samuel Dawidowicz | A-4, A-5 |
| Resources Funding Corporation | A-4 thru A-6 |
| IR West palm Credit Corp. | A-4, A-5 |
| Fillmore Pacific Associates Limited Partnership | A-6 |
| IR Golden Gate, Inc. | A-6 |
| IR Pacific Presidential | A-6 |

p. __4__

| | | |
|---|---|---|
| Donald H. Tishman | A-6 | |
| Housing Associates Incorporated | A-6 | |
| HAI Management, Inc. | A-6 | |
| Research Triangle Associates Limited Partnership | A-7 | |
| RTA Associates | A-7 | |
| Tripark Corp. | A-7 | |
| James R. Greene | A-7, B-16, B-17 | |
| Durham Property Corporation | A-7 | |
| Bach & Associates, Inc. | A-7 | |
| Clovine Associates Limited Partnership | A-8, A-9 | |
| Kanzar Associates | A-8, A-9 | |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Fillmore Center Developers | A-6 |
| Newzar Associates | A-8, A-4 |
| Zar Corporation | A-8, A-9, A-11, A-12 |
| Somnat Corporation | A-8, A-9 |
| Integrated Financial, Inc. | A-8 |
| Landauer Associates | A8, A-9 |
| NCNB National Bank of North Carolina | A-9 |
| Mid-Atlantic Residential Investors Limited Partnership | A-10, A-15 |
| Mitcor Associates Limited Partnership | A-10 |
| Mitcor Corp. | A-10 |
| Philip H. Cohen | A-10, B-16, B-17 |

p.   6

| | |
|---|---|
| IR Residential Realty Corp. | A-10 |
| Resources Housing Corporation | A-10 |
| The Korman Company | A-10 |
| The Korman Management Company | A-10 |
| Berton E. Korman | A-10 |
| Leonard J. Korman | A-10 |
| Steven H. Korman | A-10 |
| The Weitzman Group, Inc. | A-10 |
| Prudential-Bache Securities Inc. | A-10, A-11 |
| Deloitte & Touche | A-10 |
| Mellon Bank, N.A. | A-10, A-15 |

Case MDL No. 897   Document 68   Filed 06/16/15   Page 27 of 30

JPML FORM 3

p. <u>7</u>

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>897</u> -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| 600 Grant Street Associates Limited Partnership | A-11 |
| DCGP Associates Limited Partnership | A-11 |
| Conzar Associates | A-11 |
| Bartmil, Inc. | A-11, A-12 |
| Grant Property Corp. | A-11 |
| Sivram Corp. | A-11 |
| Odin Managment Company, L.P. | A-11 |
| Kidder Peabody & Co., Inc. | A-11 |
| Marine Midland Bank, N.A. | A-11 |
| Manufacturers Hanover Trust | A-11 |
| *(illegible handwriting)* | A-12, A-12 |

p.   8

| Royal Alliance Associates, Inc. | A-15 | | | |
|---|---|---|---|---|
| Resources Trust Company | A-15 | | | |
| The Select Group F/K/A Planning Ahead, Inc. | A-15 | | | |
| John A. (Jack) Sorcic | A-15 | | | |
| 342 Madison Avenue Associates Limited Partnership | A-15 | | | |
| Cablevision of Baton Rouge, Ltd. | A-15 | | | |
| Satellite Equipment Trust "A" | A-15 | | | |
| Satellite Equipment Trust "B" | A-15 | | | |
| Millennium Financial Services, Inc. | A-15 | | | |
|  | D-16 | | | |
| First Oklahoma Tower, Ltd | D-16 | | | |

JPML FORM 3

p. 9

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 897 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cushman & Wakefield of Pennsylvania Inc. | B-16 |
| Nolan Associates | B-16, B-17, |
| Balance Property Development Corp. | B-16, B-17, |
| Richard H. Ader | B-16, B-17 |
| Benjamin D. Fein | B-16, B-17 |
| Seymour Ziser | B-16, B-17 |
| Gary W. Hirt | B-16, B-17 |
| Daniel N. Davis | B-16, B-17 |
| Joel Bushaw | B-16, B-17 |
| Stephen Goldsmith | B-16, B-17, |
| David Sitter S Neis | B-16, B-17 |

p. _____

| | |
|---|---|
| Craig Singer | B-16, B-17 |
| Marvin Goldberg/wife | B-17 |
| Herbert Leicht/wife | B-16, B-17 |
| Cecil Associates Limited Partnership | A-12, |
| Lane II Associates | A-12 |
| Leonard R. Stein | A-12 |
| All days Corp. | A-12 |
| CI Management Corp. | A-12 |
| Days Inns of America, Inc. | A-12 |
| Days Inns of Management Co., Inc. | A-12 |
| Lodging Unlimited, Inc. | A-12 |